E-FILED
Monday, 05 November, 2018 02:29:20 PM
Clerk, U.S. District Court, ILCD

to: United States District Court  
Urbana Division  
201 S. Vine St. Room 218  
Urbana, IL. 61802

from: Charles Gibbons  
2 E. South St.  
Danville IL. 61832  
Vermilion County Jail.

FILED NOV 0 5 2018 CLERK OF THE COURT U.S. DISTRICT COURT CENTRAL DISTRICT OF ILLINOIS

I am writing you this letter in regards to a situation that happened last year in the Vermilion County Jail..

I was assaulted by 4 officers of the jail, while coming into Booking.. (Joddicci X will show I was not in bond court.) they say I refused bond court..

But while I was sleeping in a single holding cell, Sgt. ~~~~~~ Walworth, C.O. Anderson, C.O. Ingram, & C.O. Thorn came into cell while I was sleeping & bounced my head off the cinder block wall 25 times, (Sgt. Walworth did this), C.O. Ingram & Anderson beat my body & legs. While C.O. Thorn held me down. While Sgt. Walworth was trying to grab my right hand he broke my ring finger of this hand. C.O. Young - now Sgt. Yang recorded all this with her phone. Then the next day (while charging me in) C.O. Shawl sprayed me with a hole can of Bear Spray / while I was naked, then put me in an Isolation cell for 72 hours with no shower, or mattress, sheets, or nothing but a jumpsuit that had been sprayed.. They turned the water off to said cell to..

If you can get my intake pictures from last year, the left side of my head is bruised up bad.

I now suffer from bad migraines, & I do

Stutter now.. My finger is still broke. My Dad had me talk to a lawyer at one point, but I have not heard anything back from them.

Richard Gibbons · 217-213-2652 / 306 E. North St. Ridge Farm IL. 61870..

Rebecca Brim is also aware, of what happened & will be able to help with matters you might need. You can find her on FaceBook Mess. Sorry, I know her mom's address is 26 S Beard St. Danville IL. 61832 But my dad can get you her info + # ok.

Not sure what else you need to have, please contact me. I could really use help with this.

I may get transferred to Edgar County, on Nov 12 .. 228 N. Central Ave, Paris IL. 61944

Please help me with this matter .. Thank you..

Be aware on 11-12-18 I'm supposed to move to Edgar County..
Please call 217-442-4080 to see if I'm still here.. thank you..

Humbly,,

Charles Gibbons.