# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

Charles Gibbons,                             )
                                             )
            Plaintiff                        )
                                             )
                                             )           18-cv-2292 JBM
    vs.                                      )    Case No. _____
                                             )    (The case number will be assigned by the clerk)
Sgt    Walworth                              )
c/o    Anderson                              )
c/o    Ingram                                )
c/o    Thorn                                 )
Sgt    Young                                 )
c/o    Shawel                                )
Capt   Austenburg                            )
                                             )
_____,                 )
                                             )
            Defendant(s)                     )

(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).

### AMENDED
### COMPLAINT*

*Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.*

☒  42 U.S.C. §1983 (state, county or municipal defendants)

☐  Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

☐  Other federal law: _____

☐  Unknown _____

### I. FEDERAL JURISDICTION

---

*Please refer to the instructions when filling out this complaint. Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.*

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: Charles Gibbons

Prison Identification Number: 00048418

Current address: 2 E. South St. Danville IL. 61832

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: Sgt Walworth

Current Job Title: Shift Sgt

Current Work Address: Vermilion County PSB 2 E. South St. Danville IL. 61832

Defendant #2:

Full Name: C/O Anderson

Current Job Title: Guard · C/O

Current Work Address: Vermilion County PSB 2 E. South St. Danville IL. 61832

Defendant #3:

Full Name: C/O Ingram

Current Job Title: Guard · C/O

Current Work Address Vermilion County PSB
2 E. South St. Danville IL. 61832

Defendant #4:

Full Name: C/O Thorn

Current Job Title: Guard - C/O

Current Work Address Vermilion County PSB
2 E. South St. Danville IL. 61832

Defendant #5:

Full Name: Sgt. Young

Current Job Title: Shift Sgt.

Current Work Address Vermilion County PSB
2 E. South St. Danville IL. 61832

*For additional defendants, provide the information in the same format as above on a separate page.*

### III. LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or appeal in forma pauperis in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?   Yes ☐   No ☒

If yes, please describe _____

_____

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☐   No ☒

C. If your answer to B is yes, how many? _____ Describe the lawsuit(s) below.

3

Defendant #6
Full Name: C/O Micheal Shaud
Current Job title: Guard C/O
Current Work Address: Vermilion County PSB
 2 E. South St. Danville IL. 61832

Defendant #7
Full Name: Cpt. Austenburg
Current Job title: Captain
Current work address: Vermillion County PSB.
 2 E. South St. Danville, IL. 61832

1. Name of Case, Court and Docket Number _____

2. Basic claim made _____

3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still pending?) _____

*For additional cases, provide the above information in the same format on a separate page.*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution? Yes ☒ No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

　　Yes ☒ No ☐

If your answer is no, explain why not _____

C. Is the grievance process completed? Yes ☒ No ☐

## V. STATEMENT OF CLAIM

Place(s) of the occurrence Vermilion County PSB - single man holding cell.

4

Date(s) of the occurrence ___May 25 + May 26  2017___

*State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. *Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.*

    I was placed in a single man holding-intake cell- given a mattress cover with no padding. I had slid into the cover- like a sleeping bag- so only my head was out.. I fell asleep.. I got woken up to Sgt Walworth bouncing my head off the cinder block wall - 27 times- he broke the Ring finger of my Right hand- still not set right.. Officer Thorn held my body down while he, C/o Anderson (beat on my legs) & C/o Ingram & C/o Thorn beat on my torso (body) At time of incedent C/o Young (now a Sgt) was recording all of this with her cell phone..

    The next morning Lt. Austenburg (now Capt) refused to take me to my Bond/arraignment court. Because my left side of my face was swollen.. (They mark me down as refusing court) can't refuse bond court..

    After all this I was taken upstairs to change to jumpsuit, & while I was naked- C/o Micheal Shawl sprayed me with a can of Bed Spray.. from head to toe.. then dragged me to a single man cell, with water shut off, no mattress, towel, sheet, nor blanket & kept me locked down for 72 hours.

    From my head being bounced off the cinder block wall, I now suffer from constant migraine headaches, stutter, & suffer from seizures.. Pain in my right hand- from broken Ring Finger (in my hand)..

5

Thank you for actually letting me tell my side of the story..

Yes, I have tried the internal Grievance process- but did not do me any good.. They either get thrown away- or ignored..

Since this incident, I stutter, have Seizures, Lack of sleep, have shacks. I suffer from extreme headaches, memory loose, have trouble sleeping, issues trusting any officers, start to shake when I hear keys. I only sleep 4 to 5 hours a day.. Have a constant ringing in my left ear. my Left eye (vision) goes blurry, & make hard to see out my eye constant pain in my right hand from broken Ring finger. I have Nightmares/bad dreams concerning the officers beating on me. I fear for my life while I am in the Custody of this County. Sgt Walworth is already under investigation for Assaulting other inmates & murder of an inmate..

Some of the officers talk about when I was assaulted, & theaten to do it again..

I have ask medical to set up for me to talk to Crosspoints Mental Health people. But refuse to set up an appointment for me.

I actually feel safe only when Im in Isolation, or the Padded Cell..

Wondering how I can be moved to a different county until this case is over.. Edgar County Ill. has a hold on me also- why can I not be moved to that County..

My Family, Girlfriend, & friends can tell you how much this has changed me, & affected my Life.

I tried to start a case on this issue in Aug 17. But the Lawyer I talked to out of Champaign, who said they would get back

6

to me on the matter & I never heard back from them...

## RELIEF REQUESTED

(State what relief you want from the court.)

$1,800,000.00 for pain & suffering.. Because I also suffer

PSD now. I can't sleep. Everytime I hear Keys or see some of the C/O's I get scared that they are coming to beat on me some more. My head has been affected by this trama, vision in my left eye goes blurry at times. Would really like to be able to talk to Dr. also.

I want Justice to be done. I feel that all involved to be fired & charged with assault. Some of C/o & Sgt involved with me, are under investigation for same thing & also for murdering another inmate. This needs to stop.

JURY DEMAND        Yes ☐        No ☐

Signed this _____ day of _____, 20____.

_____
( Signature of Plaintiff)

| Name of Plaintiff: | Inmate Identification Number: |
|---|---|
| Charles Gibbons | 000 48418 |
| Address: | Telephone Number: |
| 2 E. South St. Danville IL. 61832 | 217-442-4080 |

8

*Legal Mail*

Charles Gibbons
2 E. South St.
Danville, IL
61832

Official Business, Legal mail.

Official Legal Mail

United States District Court
Central District of Illinois
Office of the Clerk
Federal Building
100 N.E. Monroe Rm. 309
Peoria, IL 61602

Legal Business, Official mail * Legal mail * Official mail *